# VINCENT J. LICATA, P.C.
225 BROADWAY, SUITE 3707
New York, New York 10007
TEL: (212) 349-6565
FAX: (212) 349-5781
EMAIL: lawoffice225@aol.com

June 25, 2021

<u>By ECF</u>

The Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: United States v. Gina Santoro
Docket No.: 21-CR-141-(ARR)

Dear Judge Ross,

    My office represents Gina Santoro. Ms. Santoro is presently released on a $50,000.00 personal recognizance bond with her travel being restricted to the Southern and Eastern Districts of New York. Ms. Santoro has been compliant with all the terms and conditions of her release.

    At this time, it is respectfully requested, that Ms. Santoro be permitted to travel to New Jersey on July 17, 2021 in order to attend the birthday party of Edward Averhoff. The party will be held at the residence of Edward and Jennifer Averhoff located at 92 North Cooksbridge Road, Jackson, New Jersey.

    The party begins at 3:00pm and will not end until the late evening. Ms. Santoro is being taken to the party by Michelle Rivera. Since Ms. Santoro does not drive she will be staying with Ms. Rivera at the Averhoff residence until Sunday, July 18. She will return home no later than 2:00pm on July 18. All other conditions of Ms. Santoro's bail will remain in effect.

    Please be advised that the government and pretrial services have consented to this request.

Respectfully Yours,

Vincent J. Licata

cc: AUSA Lara Treinis Gatz (by ECF)
    USPSO Anna Lee (by email)