**CRIMINAL CAUSE FOR PLEADING:**

BEFORE: Allyne R. Ross, U.S.D.J.    DATE: 3/10/22    TIME: 11:00
CR-21-141 ( ARR )

DEFT NAME: Gina Santoro                                    #
    ✓ present    ___ not present    ___ cust.    X bail

DEFENSE COUNSEL: Vincent Licata
    ✓ present    ___ not present    ___ CJA    ✓ RET.    ___ LAS

A.U.S.A.: Jack Dennehy         CLERK: D. La Salle
Rep. ~~Avery Armstrong~~ Victoria Torres Butler    OTHER:
INT:    (LANG.-           )

xx  CASE CALLED.    ___ DEFENDANT'S FIRST APPEARANCE.
DEFT xx SWORN    ___ ARRAIGNED  xx  INFORMED OF RIGHTS
    ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___ SUPERSEDING INDICTMENT / INFORMATION FILED.
___ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
___ DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

___ DEFT ENTERS **GUILTY PLEA** TO CTS._____ O F (Superseding) INDICTMENT/INFORMATION.
✓ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. ONE  Of the indictment.
XX ✓ COURT FINDS FACTUAL BASIS FOR THE PLEA.
✓ SENTENCING SET FOR 7/11/22 @ 1:00pm

___ DEFT ENTER **NOT GUILTY PLEA**.
✓ BAIL ___ SET ✓ CONTINUED FOR DEFT.
___ DEFT CONTINUED IN CUSTODY.
___ CASE ADJOURNED TO_____ FOR _____
___ JURY SELECTION SET FOR _____ ___ BY MAG.
___ TRIAL SET FOR _____
___ **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
    CODE TYPE_____ START_____ STOP_____

_____ORDER / WAIVER EXECUTED & FILED.    ___ ENT'D ON RECORD.

OTHER: Plea agreement marked as government exhibit one; Plea agreement returned to A.U.S.A.