

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JD
F. # 2021R00157

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 3, 2022

By ECF and Email

Hon. Allyne R. Ross
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

   Re: United States v. Gina Santoro
     Criminal Docket No. 21-141(ARR)

Dear Judge Ross:

  On March 10, 2022, the defendant pled guilty before Your Honor to Count One of the above referenced indictment. Sentencing was tentatively set for July 11, 2022. The parties respectfully write to request an adjournment of sentencing until a date convenient for the Court in November, 2022. The Pre-Sentence Report (PSR) has not yet been completed, and the parties will require time to submit sentencing submissions to the Court in advance of sentencing.

  The defendant, who is at liberty, consents to this first request for a continuance.

           Respectfully submitted,

          BREON PEACE
          United States Attorney

    By:  s/ Jack Dennehy
        Jack Dennehy
        Assistant U.S. Attorney
        (631) 715-7913

cc: Defense Counsel (by ECF)